**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WALTER REAVES, IV,**<br>***Plaintiff,*** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **No. 26-cv-3678** |
| | : | |
| **CITY OF PHILADELPHIA, *et al.*,**<br>***Defendants.*** | : | |

**ORDER**

**AND NOW**, this **23rd** day of **October 2026**, upon consideration of Plaintiff's *pro se* Motion for Default Judgment (ECF No. 13), Defendants the City of Philadelphia, David Tighe, and Jeremey Tees' Motion to Set Aside Default (ECF No. 17), Defendants the City of Philadelphia, David Tighe, and Jeremey Tees' Opposition to Plaintiff's Motion for Default Judgment (ECF No. 18), Plaintiff's *pro se* Opposition to Defendants' Motion to Set Aside Entry of Default (ECF No. 19), and the docket, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Set Aside Default (ECF No. 17) is **GRANTED** for the reasons stated in the accompanying memorandum opinion. The September 15, 2026 entry of default against Defendants the City of Philadelphia, Detective David J. Tighe, and Detective Jeremy Tees is **SET ASIDE**.
2. Plaintiff's Motion for Default Judgment (ECF No. 13) is **DENIED AS MOOT**.
3. Defendants the City of Philadelphia, Detective David J. Tighe, and Detective Jeremy Tees shall file an answer to Plaintiff's Complaint (ECF No. 2) within seven (7) days of the date of this Order, on or before **October 30, 2026**.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**